

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| EUGENE HAMMETT and<br>MONIQUE HAMMETT,<br><br>*Plaintiffs*,<br><br>V.<br><br>RICHARD M. ARCHANGEL,<br>SAM BROUSSARD TRUCKING COMPANY<br>and VICTOR VERRETT TRUCKING, INC.,<br><br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 1:05cv265 (TH)<br>JURY |

# ORDER ACKNOWLEDGING DISMISSAL
# BY STIPULATION AND CLOSING CASE

Before the Court is a *Stipulation of Dismissal With Prejudice* [Clerk's Docket No. 31] filed on November 14, 2005 by all plaintiffs and defendants. Rule 41(a)(1) of the FEDERAL RULES OF CIVIL PROCEDURE provides that "an action may be dismissed by the plaintiff without order of the court . . . by filing a stipulation of dismissal signed by all parties who have appeared in the action."

The Court hereby **ACKNOWLEDGES** that all plaintiffs have dismissed their claims against all defendants with prejudice by stipulation.

**IT IS THEREFORE ORDERED** that all costs shall be taxed against the party incurring same.

**IT IS FURTHER ORDERED** that the clerk is **DIRECTED** to close this case file.

**SO ORDERED.**

**SIGNED** this the **14** day of **November, 2005.**

_____
Thad Heartfield
United States District Judge